Kenneth ROYAL, Appellant,

v.

YOUNG, Dr., Pine Bluff Work Complex, ADC; Taylor, Dr., Pine Bluff Work Complex, ADC; Chang Lee, Dr., East Arkansas Regional Unit, ADC; Hartman, Dr., North Central Unit, ADC; Cherry Case, Manager, North Central Unit, ADC; Curddle, Nurse, North Central Unit, ADC, Appellees.

No. 04–1081.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2004.

Decided: May 17, 2004.

Kenneth Royal, #110873, State Correctional Institution, Dallas, PA, pro se.

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

PER CURIAM.

Former Arkansas inmate Kenneth Royal appeals the district court's [*] preservice dismissal without prejudice of Royal's 42 U.S.C. § 1983 action for failure to exhaust his administrative remedies. The dismissal occurred after Royal moved for dismissal without prejudice and for transfer to a state court, a transfer the district court lacked authority to grant. Because there

---

[*] The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

is no arguable basis for Royal's appeal, *see Newhouse v. McCormick & Co.,* 130 F.3d 302, 305 (8th Cir.1997) (defining frivolousness), we dismiss this appeal as frivolous, and the dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

